v.

**The STATE of Texas, Appellee.**

No. 27945.

Court of Criminal Appeals of Texas.

Jan. 18, 1956.

**James Elmer CHAPPEL, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27972.

Court of Criminal Appeals of Texas.

Jan. 25, 1956.

No appearance for appellant.

Lon Moser, Asst. County Atty., J. M. Kolander, County Atty., Amarillo, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be an appeal from a conviction for driving while intoxicated, with punishment assessed at 10 days in jail and a fine of $50.

As required by Art. 827, C.C.P., the record does not reflect that a notice of appeal was given and entered of record.

In the absence thereof, this Court has no jurisdiction to entertain the appeal.

The appeal is dismissed.